JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CESAR ALFRED RODRIGUEZ,<br><br>        Petitioner,<br><br>  v.<br><br>PATRICK CORVELLO,<br><br>        Respondent. | CASE NO. CV 20-01832-PA(AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: April 22, 2021

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE